AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| Alexander Preston HIRD | ) Case No. 3:20-mj-00136 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Jan. 30, 2020 and Feb. 16, 2020 in the county of Marion in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 21 U.S.C. § 841(a)(1), (b)(1)(B) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

See Affidavit of ATF Special Agent Caleb Enk, attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*By phone*
*Complainant's signature*

Caleb Enk - ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 5:12 a.m./p.m.

Date: 06/16/2020

*Judge's signature*

City and state: Portland, Oregon

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*